THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR GRABER.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

PAUL FARBER v. CENTRAL CATERERS, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

ANTHONY DI SANTE, Appellant, v. EDISON CONCRETE CORP., Respondent and Third-Party Plaintiff. SLATTERY CONTRACTOR CO., INC., et al., Third-Party Defendants.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.